## UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **BITUMINOUS CASUALTY CORPORATION** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| RCR BUILDING CORPORATION, LEXINGTON INSURANCE COMPANY, as subrogee of DIVIDEND CAPITAL TRUST, INC., and DCT-TECHNICOLOR II, LP, DIVIDEND CAPITAL TRUST, INC., and DCT-TECHNICOLOR II, LP | CASE NO: 10-2245-A |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Stipulation Of Dismissal entered on September 23, 2010, this cause is hereby dismissed without prejudice.


APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 9/23/2010

                        THOMAS M. GOULD
                        Clerk of Court

                        s/Terry L. Haley
                   (By)   Deputy Clerk